UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCUS J. SMITH, | ) |
| Plaintiff, | ) No. CV-11-3027-JPH </br> ) |
| v. | ) **ORDER ADOPTING REPORT AND** </br> ) **RECOMMENDATION** </br> ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

Before the Court is the Report and Recommendation entered on September 27, 2012, ECF No. 30, recommending Defendant Michael J. Astrue's Motion for Summary Judgment, ECF No. 27, be granted.  On October 11, 2012, Plaintiff Marcus J. Smith filed objections restating the same arguments raised in prior briefing, essentially asking the Court to re-weigh the evidence.  ECF No. 31.

It is not the reviewing Court's function to re-weigh the evidence that was before the administrative law judge (ALJ). Reversal is appropriate only if the ALJ's decision was not supported by the evidence in the record as a whole or if the ALJ applied the wrong legal standard.  *See Molina v. Astrue*, 674 F.3d 1104, 1110 (2012) (citing *Stone v. Heckler*, 761 F.2d 530, 531 (9th Cir. 1985)).

Having reviewed the Report and Recommendation, the Court adopts

ORDER ADOPTING REPORT
AND RECOMMENDATION                                          - 1 -

the magistrate judge's recommendations in their entirety. Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 30**, is **ADOPTED in its entirety**.
2. Defendant's Motion for Summary Judgment, **ECF No. 27**, is **GRANTED**.
3. Plaintiff's Motion for Summary Judgment, **ECF No. 25**, is **DENIED**.
4. Judgment is to be entered in Defendant's favor with prejudice.
5. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

**DATED** this ___16th___ day of October 2012.

      S/ Edward F. Shea
      EDWARD F. SHEA
      Senior United States District Judge

Q:\EFS\Civil\2011\3017.orderadptongRR.wpd