UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCUS SMITH,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioners of Social Security,<br><br>                    Defendant. | No.  CV-11-03027-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Hutton's May 29, 2014 Report and Recommendation, ECF No. 47, recommending Plaintiff Marcus Smith's Motion for Attorney's Fees pursuant to 28 U.S.C. § 2412(d), ECF No. 43, be granted.  No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Report and Recommendation, **ECF No. 47**, is **ADOPTED** in its entirety.

**2.** Plaintiff's Motion for Attorney Fess pursuant to 28 U.S.C. § 2412(d), **ECF No. 43**, is **GRANTED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Hutton.

**DATED** this   13th   day of June 2014.

                    s/Edward F. Shea
                    EDWARD F. SHEA
          Senior United States District Judge

Q:\EFS\Civil\2011\3027.adopt.rr.lc2.docx

ORDER **-** 1